Settlement/Hearing: February 2nd, 2010
Time: 10:00 A.M.                       .

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                    Chapter 13
                                                          Case No. 09-22666   RDD
 **SANDRA SLOAN,**
                                                          **NOTICE OF SETTLEMENT**
                Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE,** that an *Order,* a true copy of which is annexed hereto, will be presented for signature to the Hon. Robert D. Drain, United States Bankruptcy Judge, on the 2nd day of February, 2009 at 10:00 A.M. at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York.

Hearings on Objections, if any, to be conducted same place, date and time. Written objections or counterorders must be submitted to chambers by no later than close of business *three (3) days prior* to settlement.

Dated: White Plains, New York
       December 9th, 2009

   /s/ Jeffrey L. Sapir
**Jeffrey L. Sapir (JLS0938)**
**Chapter 13 Trustee**
**399 Knollwood Road**
**White Plains, New York 10603**
**Chapter 13 Tel. No. 914-328-6333**

TO:     United States Trustee

33 Whitehall Street
New York, New York 10004

Sandra Sloan
P.O. Box 746
Spring Valley, New York 10977

Joshua Bleichman, Esq.
Bleichman & Klein, PC
268 Route 59
Spring Valley, New York 10977

Wells Fargo Financial National Bank
4137 121st Street
Urbandale, Iowa  50323

HSBC Auto Finance
P.O. Box 60130
City of Industry, California  91716

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:
                              Chapter 13
                              Case No. 09-22666  RDD

**SANDRA SLOAN,**
                Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER DISMISSING CHAPTER 13 CASE**

The chapter 13 trustee, having moved for an order dismissing this chapter 13 case, and upon the motion and the record of the February 2, 2010 hearing thereon, the Court having found that the above-captioned debtor has failed to comply with the provisions of 11 U.S.C. §1307(c)(1); having created unreasonable delay that is prejudicial to creditors in that the debtor(s) failed to appear at the  confirmation hearing scheduled for December 8, 2009,  and the debtor's plan being deemed insufficient; and the Court also having found that the debtor's plan is infeasible and that the debtor is unable to confirm a plan;  and good cause appearing

**IT IS ORDERED THAT:**

This chapter 13 case is hereby dismissed.    The chapter 13 trustee shall take all actions required by the dismissal of this case.

Dated: White Plains, New York
       February         , 2010

                                         _____
                                         **UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                   Chapter 13
                                   Case No 09-22666    RDD

**SANDRA SLOAN,**

                                   **TRUSTEE'S AFFIDAVIT**
                  Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK      )
COUNTY OF WESTCHESTER )    ss.:

        Jeffrey L. Sapir, being duly sworn, deposes and says:

        1.        He is the standing Chapter 13 Trustee.

        2.        The debtor(s) filed a Chapter 13 proceeding on August 7th, 2009.

        3.        The debtor(s) failed to comply with the provisions of 11 U.S.C. §1307(c)(1) having created unreasonable delay that is prejudicial to creditors, in that the debtor failed to appear the confirmation hearing scheduled for December 8th, 2009, although counsel did in fact appear.

        4.        Additionally, the debtor's Schedules I and J exhibit a negative income rendering the plan infeasible.                         ..

        4.        At the confirmation hearing held on December 8th, 2009, the debtor's case demonstrated an inability to confirm.

        **WHEREFORE**, the trustee respectfully requests that the annexed order

dismissing this case, be signed.

/s/ Jeffrey L. Sapir
**Jeffrey L. Sapir**

Sworn to before me this
9th day of December, 2009

/s/ Jody L. Kava

Jody L. Kava
Notary Public, State of New York
No. 4836806
Qualified in Westchester County
Term Expires: 10/31/13

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                         Chapter 13
                                               Case No. 09-22666   RDD

**SANDRA SLOAN,**

                               Debtor

------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK        )
COUNTY OF WESTCHESTER   )  ss.:

        Lois Rosemarie Esposito, being duly sworn, deposes and says:

        I am not a party to the action herein, I am over the age of 18 years and reside in the County of Westchester, State of New York.

        On December 9th, 2009 I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

**TO:**:   United States Trustee
        33 Whitehall Street
        New York, New York 10004

        Sandra Sloan
        P.O. Box 746
        Spring Valley, New York 10977

        Joshua Bleichman, Esq.
        Bleichman & Klein, PC
        268 Route 59
        Spring Valley, New York 10977

        Wells Fargo Financial National Bank
        4137 121st Street
        Urbandale, Iowa 50323

HSBC Auto Finance
P.O. Box 60130
City of Industry, California  91716

/s/ Lois Rosemarie Esposito
**Lois Rosemarie Esposito**

Sworn to before me this
9th  day of December, , 2009

 /s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of  New York
No. 60-8764500
Qualified in Rockland County
Cert. Filed in Westchester County
Term Expires:  12/31/10