**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
IN RE:

                                            Case No. 09-22666(RDD)

      Sandra Sloan,

             Debtor                         Chapter 13
----------------------------------------------------------X

## ORDER GRANING DEBTOR'S OBJECTION TO
## <u>SECURED CLAIM OF HSBC AUTO FINANCE</u>

        Upon the objection, dated October 30, 2009 (the "Objection"), of the above

debtor, Sandra Sloan (the "Debtor"), by her counsel, Joshua N. Bleichman, to the secured

claim of HSBC Auto Finance (Claim # 2) under 11 U.S.C. § 506(a); and, after due and

sufficient notice of the Objection, there being no opposition thereto; and upon the record

of the December 8, 2009 hearing on the Objection; and, based upon the valuation

attached to the Objection and the Objection's averment regarding the purchase date of

vehicle serving as HSBC Auto Finance Corp.'s collateral, good cause appearing, it is

hereby

        ORDERED that the Objection is granted as provided herein; and it is further

        ORDERED that , under 11 U.S.C. § 506(a), HSBC Auto Finance Corp's secured

claim in this case (Claim #2) shall be in the amount of $6,443.91 and shall be disallowed

in the amount of $5,295.00, which $5,295.00 amount shall be treated as an unsecured

claim.  The claims register in this case shall be deemed modified and may be changed to

reflect the foregoing.

Dated: December 11, 2009               /s/Robert D. Drain      
        White Plains, New York          Hon. Robert D. Drain
                                      United States Bankruptcy Judge