```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
In re:                          :
                                :    Chapter 13
      Sandra Sloan,             :
                                :    Case No. 09-22666 (rdd)
                      Debtor.   :
                                :
-------------------------------x
```

# ORDER DENYING DEBTOR'S OBJECTION TO THE CLAIM OF WELLS FARGO BANK (CLAIM NO. 4)

On December 21, 2009 an objection to the claim of Wells Fargo (Claim No. 4) was filed on behalf of the above debtor, setting a hearing for January 20, 2010 (the "Objection"). Joshua N. Bleichman, Esq., attorney for the debtor appeared in support of the Objection. For the reasons discussed on the record, it is hereby

**ORDERED** that the debtor's Objection is denied.

Dated: White Plains, New York
       January 27, 2010

                                              /s/Robert D. Drain
                                                   U.S.B.J.